**8/23/2017**                                                    **COA No. 07-16-00281-CR**
**GONZALES, ROY**        **Tr. Ct. No. CR-15D-075**        **PD-0444-17**
On this day, the Appellant's petition for discretionary review has been refused.
                                                    Deana Williamson, Clerk

STATE PROSECUTING  ATTORNEY
STACEY SOULE
P. O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**8/23/2017**                                           **COA No. 07-16-00281-CR**
**GONZALES, ROY**        **Tr. Ct. No. CR-15D-075**         **PD-0444-17**
On this day, the Appellant's petition for discretionary review has been refused.

                                                             Deana Williamson, Clerk

                 DISTRICT ATTORNEY  DEAF SMITH COUNTY
                 COUNTY COURTHOUSE RM 401
                 HEREFORD, TX  79045
                 * DELIVERED VIA E-MAIL *

**8/23/2017**                                                                 **COA No. 07-16-00281-CR**
**GONZALES, ROY          Tr. Ct. No. CR-15D-075          PD-0444-17**
On this day, the Appellant's petition for discretionary review has been refused.
                                                                 Deana Williamson, Clerk

> 7TH COURT OF APPEALS  CLERK
> VIVIAN LONG
> POTTER COUNTY COURTS BUILDING, SUITE 2A
> P.O. BOX 9540
> AMARILLO, TX  79101
> * DELIVERED VIA E-MAIL *

**8/23/2017**                                                        **COA No. 07-16-00281-CR**
**GONZALES, ROY**        **Tr. Ct. No. CR-15D-075**              **PD-0444-17**
On this day, the Appellant's petition for discretionary review has been refused.
                                                        Deana Williamson, Clerk

                    JAMES B. JOHNSTON
                    ATTORNEY AT LAW
                    PO BOX 273
                    HEREFORD, TX  79045-0273
                    * DELIVERED VIA E-MAIL *